COPY    issued by SPS

◆AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN _____ District of VIRGINIA

2007 NOV -1 P 2:17

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

RALPH NADER, ET AL

V.

TERRY McAULIFFE, et al.

SUMMONS IN A CIVIL CASE
Amended Complaint

CASE NUMBER: 1:07 CV 1101

TO: (Name and address of Defendant)

TERRY McAULIFFE
7527 OLD DOMINION DRIVE
McLEAN, VA 22102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL SCARLAT, ESQ
801 NORTH PITT SUITE 109
ALEXANDRIA, VA 22314

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____    _____
CLERK                              DATE

_____
(By) DEPUTY CLERK

COPY    COPY

AO 440 (Rev. 8/01) Summons in a Civil Action

*issued by SPS*

## UNITED STATES DISTRICT COURT

EASTERN District of VIRGINIA

RALPH NADER, ET AL

v.

STEVEN RAIKIN, et al.

Amended Complaint
SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:07 CV 1109

TO: (Name and address of Defendant)

STEVEN RAIKIN
6368 ENGLISH IVY WAY
SPRINGFIELD, VA 22152

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL SGARLAT, ESQ.
801 NORTH PITT, SUITE 109
ALEXANDRIA, VA 22314

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE