AO 440 (Rev. 8/01) Summons in a Civil Action

FILED

# UNITED STATES DISTRICT COURT

EASTERN _____ District of VIRGINIA

2007 NOV 14  A 9:51

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

RALPH NADER, ET AL

v.

STEVEN RAIKIN, et al.

Amended Complaint
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07 CV 1101

TO: (Name and address of Defendant)

STEVEN RAIKIN
6368 ENGLISH IVY WAY
SPRINGFIELD, VA 22152

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL SCARLAT, ESQ.
801 NORTH PITT, SUITE 109
ALEXANDRIA, VA 22314

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo, Clerk                              11/1/07

CLERK                                                 DATE

(By) DEPUTY CLERK

◎AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| \* | |
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE<br>11-12-07 at 9:45 a.m. |
| NAME OF SERVER *(PRINT)*<br>Michael R. Reeder | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 6368 English Ivy Way, Springfield, Virginia 22152

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11-12-07
                Date

*Signature of Server*

**Capitol Process Services, Inc.**
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

*Address of Server*

\*Notice and Amended Complaint

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.