AO 440 (Rev. 8/01) Summons in a Civil Action

**FILED**

# UNITED STATES DISTRICT COURT

EASTERN District of VIRGINIA

2007 NOV 16  P 1: 15

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

RALPH NADER, ET AL

v.

TERRY McAULIFFE, et al.

Amended Complaint

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07 CV 1101

TO: (Name and address of Defendant)

TERRY McAULIFFE
7527 OLD DOMINION DRIVE
McLEAN, VA 22102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL SCARLAT, ESQ
801 N PITT, SUITE 109
ALEXANDRIA, VA 22314

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo, Clerk

DATE 11/1/07

CLERK

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> *with Notice and Amended Complaint | DATE 11/13/07 at 1:05 pm |
| NAME OF SERVER *(PRINT)* Robert Proffitt | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By posting on the front door of 7527 Old Dominion Drive, McLean, Virginia 22102. In addition, on November 14, 2007, a copy of the documents were mailed to Terry McAuliffe, 7527 Old Dominion Drive, McLean, Virginia 22102, first class US Postage prepaid.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/14/07
                  Date

*Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.