IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| RALPH NADER, et al., | ) |
| Plaintiffs | ) |
| v. | ) Case No. 1:07 cv 1101 |
| TERRY MCAULIFFE, et al., | ) |
| Defendants | ) |

**JOINT MOTION TO ENLARGE TIME
TO SERVE ANSWERS OR MOTIONS IN RESPONSE
TO THE COMPLAINT**

All plaintiffs and all defendants in this action hereby move the Court, pursuant to Fed. R. Civ. P. 6(b), for an order enlarging the time in which each defendant is required, pursuant to Fed. R. Civ. P. 12, to file an answer or motion in response to the Complaint, until January 31, 2008.

In support of this Motion, the parties submit that, given the coming holidays, the parties agree that the interests of efficiency would best be served by setting a uniform date to move or answer, by January 31, 2008.

**CONCLUSION**

For the reasons set forth above, the parties respectfully request that the Court grant their Joint Motion and enter the Proposed Order submitted herewith.

Respectfully submitted,

| | |
|---|---|
| /s/ Michael Sgarlat | /s/ John Hardin Young |
| Michael Sgarlat | John Hardin Young |
| VA Bar No 18158 | VA Bar. No. 13553 |
| Attorney for Plaintiffs | Attorney for Defendant Terry McAuliffe |
| 801 North Pitt Street | Sandler, Reiff & Young, P.C. |
| Suite 109 | 50 E Street, S.E. # 300 |
| Alexandria, VA 22314 | Washington, D.C. 20003 |
| Tel: (703) 549-2000 | Tel: (202) 479-1111 |
| | Fax: (202) 479-1115 |
| | young@sandlerreiff.com |
| | |
| Oliver B. Hall | /s/ Elizabeth A. Malone |
| Attorney for Plaintiffs | Elizabeth A. Malone |
| 1835 16th St., N.W. | VA Bar No. 48867 |
| Washington, D.C. 20009 | Attorney for Defendant Steven Raikin |
| Tel: (617) 953-0161 | Skadden, Arps, Slate Meagher & Flom LLP |
| | 1440 New York Ave., N.W. |
| | Washington, D.C. 20005-2111 |
| | Tel: (202) 371-7239 |

Dated: December 3, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 3d day of December 2007, I electronically filed the foregoing Joint Motion and Proposed Order with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by U.S. Postal Service, postage prepaid, the document to the following not known to be participants in CM/ECF:

Michael Sgarlat
Attorney for Plaintiffs
801 N. Pitt Street
Suite 109
Alexandria, VA 22314
Tel: (703) 549-2000

Oliver B. Hall
Attorney for Plaintiffs
1835 16th St., N.W.
Washington, D.C. 20009
Tel: (617) 953-0161

Elizabeth A. Malone
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave., N.W.
Washington, D.C. 20005-2111
Tel: (202) 371-7239

/s/ John Hardin Young

John Hardin Young
Attorney for Defendant Terry McAuliffe

Case 1:08-cv-00428-RMU    Document 6    Filed 12/03/2007    Page 4 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| RALPH NADER, et al., | ) |
| Plaintiffs | ) |
| v. | ) Case No. 1:07 cv 1101 |
| TERRY MCAULIFFE, et al., | ) |
| Defendants | ) |

**[PROPOSED] ORDER**

Upon consideration of the parties' joint motion to enlarge the time in which defendants are required to serve an answer or motion in response to the Complaint, it is hereby

ORDERED, that the time in which each defendant shall be required to serve on plaintiffs an answer or motion, pursuant to Fed. R. Civ. P. 12, is enlarged to January 31, 2008.

_____

United States District Judge

Signed this \_\_\_ day of December 2007.