```
              UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
                   Alexandria Division
```

RALPH NADER, et al.,            )
                                )
    Plaintiffs,                 )
                                )
  v.                            )   Civil Action No. 1:07cv1101
                                )
TERRY MCAULIFFE, et al.,        )
                                )
    Defendants.                 )

## ORDER

THIS MATTER came before the Court upon the parties' Joint Motion to Enlarge Time to Serve Answers or Motions in Response to the Complaint (# 6).

UPON REVIEW of the Joint Motion, the arguments submitted in support thereof, and it appearing proper to do so, it is hereby

ORDERED that the parties' Joint Motion is GRANTED.

ENTERED this 4th day of December, 2007.

                                                                         /s/
                                          THERESA CARROLL BUCHANAN
                                          UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia