UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| **RALPH NADER, et al.,** : | |
| **Plaintiffs** : | |
| v. : | Case No. 1:07 cv 1101 (JCC/TCB) |
| **THE DEMOCRATIC NATIONAL COMMITTEE, et al.,** : | |
| **Defendants.** : | |

### PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiffs respectfully move the Court, pursuant to Fed. R. Civ. P. 15, for leave to amend their complaint to add new parties defendant, including Reed Smith, LLP, the Democratic National Committee, Kerry-Edwards 2004, Inc. and John Kerry, and to dismiss their state law claims.

Dated: January 30, 2008                    Respectfully Submitted,

                                           /s/ Michael Sgarlat
                                           _____

                                           Michael Sgarlat, Esquire
                                           VA. Bar No. 18158
                                           801 North Pitt Suite 109
                                           Alexandria, Virginia 22314
                                           (703) 549-2000

                                           *Counsel for Plaintiffs Ralph Nader,*
                                           *Peter Miguel Camejo, D.B. Fanning,*
                                           *C.K. Ireland, Julie Coyle, Herman*
                                           *Blankenship, Lloyd Marbet and*
                                           *Gregory Kafoury*

Oliver B. Hall
D.C. Bar No. 976463
1835 16th Street, N.W.
Washington, D.C. 20009
(617) 953-0161
*Of Counsel*

Bruce Afran, Esquire
10 Braeburn Drive
Princeton, NJ 08540
*Of Counsel*

Mark R. Brown, Esquire
303 East Broad Street
Columbus, OH 43215
*Of Counsel*

Carl J. Mayer, Esquire
Mayer Law Group, LLC
1040 Avenue of the Americas, Suite 2400
New York, NY 10018
*Of Counsel*

Gonzalez & Leigh, LLP
Matt Gonzalez, Esquire
G. Whitney Leigh, Esquire
Bryan Vereschagin, Esquire
Two Shaw Alley
San Francisco, CA 94105
*Of Counsel*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| **RALPH NADER, et al.,** : <br> : <br> **Plaintiffs** : <br> : <br> **v.** : <br> : <br> **THE DEMOCRATIC NATIONAL** : <br> **COMMITTEE, et al.,** : <br> : <br> **Defendants.** : <br> : | Case No. 1:07 cv 1101 (JCC/TCB) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for leave to amend their complaint, it is hereby

ORDERED, that leave for Plaintiffs to file an amended complaint is granted, and Plaintiffs shall file such complaint by _____, 2008.

_____

JAMES C. CACHERIS

United States District Judge

Signed this __ day of February 2008.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2008 I electronically filed the foregoing Motion for Leave to Amend Complaint and Proposed Order with the Clerk of the Court using the CM/ECF system, and served a copy either by the CM/ECF system or by first class mail, postage-prepaid, on the following parties:

Joseph E. Sandler
D.C. Bar No. 255919
John Hardin Young
SANDLER, REIFF & YOUNG
50 E Street, S.E. #300
Washington, D.C. 20003

*Attorneys for Defendant*
*Terry McAuliffe*

Lawrence Noble
D.C. Bar No. 24434
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
1440 New York Ave., N.W.
Washington, D.C. 20005-2111

*Attorneys for Defendant*
*Steven Raikin*

                                                /s/ Michael Sgarlat
                                                Michael Sgarlat
                                                Attorney for Plaintiffs