**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |  |
|---|---|---|
| Ralph Nader, <u>et</u> <u>al.</u>, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 1:07-cv-01101-JCC-TCB |
| | : | |
| Terry McAuliffe, <u>et</u> <u>al.</u>, | : | |
| Defendants. | : | |
| | : | |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Mr. Steven Raikin.  I certify that I am admitted to practice in this Court.

Respectfully submitted,

<u>     January 31, 2008     </u>                     <u>                 /S/                 </u>
Date

Warren T. Allen II
Virginia Bar Number 72691
Attorney for Steven Raikin
Skadden, Arps, Slate, Meagher, & Flom, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
(202) 371-7126
(202) 661-9121
wtallen@skadden.com

CERTIFICATE OF SERVICE

I hereby certify that on the 31th day of January, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing ("NEF") to the following:

John Hardin Young
Attorney for Mr. McAuliffe
Sandler Reiff & Young, PC
50 E Street, S.E.
Washington, D.C. 20003
(202) 479-1111
young@sandlerreiff.com

I also certify that I will mail the document by U.S. mail to the following non-filing user:

Michael Sgarlet, Esq.
Attorney for Plaintiffs
216 South Patrick
Alexandria, Virginia 22314
(703) 549-2000

| | |
|---|---|
| <u>    January 31, 2008    </u> | <u>            /S/            </u> |
| Date | |

Warren T. Allen II
Virginia Bar Number 72691
Attorney for Steven Raikin
Skadden, Arps, Slate, Meagher, & Flom, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
(202) 371-7126
(202) 661-9121
wtallen@skadden.com

2