UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

_____
                              :
Ralph  Nader, et al.          :
v.                            :         Civ. No. 1:07cv1101
Terry McAuliffe, et unum      :
_____:

**Certificate of Service**

I certify that on January 31, 2008, I caused Defendant Terry McAuliffe's motion to dismiss, notice of motion and memorandum to be served by first class mail to Michael Sgarlat, 801 North Pitt, suite 109, Alexandria, VA, 22314.


January 31, 2008                            Respectfully submitted,

                                            /s/_____
.                                           John Hardin Young,
                                            VA Bar No.13553
                                            Joseph E. Sandler
                                            Stephen E. Hershkowitz,
                                            VA Bar No. 14648

                                            Counsel for Terry McAuliffe

                                            Sandler, Reiff & Young, P.C.

                                            50 E Street, S.E, suite 300
                                            Washington, D.C. 200
                                            (202) 479-1111 (office)
                                            (202)479-1115(facsimile)

                                            Young@sandlerreiff.com