UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RALPH NADER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:07-cv-01101-JCC-TCB |
| TERRY MCAULIFFE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MOTION OF DEFENDANT STEVEN RAIKIN TO DISMISS THE AMENDED COMPLAINT OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**

COMES NOW Defendant Steven Raikin, by his counsel, hereby moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for dismissal of Plaintiffs' amended complaint or, in the alternative, to transfer venue pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the District of Columbia. In support of his motion, Defendant Steven Raikin submits the accompanying memorandum of law.

Dated: January 31, 2008                                          Respectfully submitted,

                                                                                /S/
                                                                        _____
Of Counsel:                                                         Warren T. Allen II
Preeta Bansal                                                       Virginia Bar Number 72691
(*Pro hac vice* - motion pending)                      *Attorneys for Defendant Steven Raikin*
Lawrence M. Noble                                            Skadden, Arps, Slate, Meagher & Flom, LLP
(*Pro hac vice* - motion pending)                      1440 New York Avenue, N.W.
Skadden, Arps, Slate, Meagher & Flom, LLP   Washington, D.C. 20005-2111
1440 New York Avenue, N.W.                            (202) 371-7126
Washington, D.C. 20005-2111                             (202) 661-9121
(202)-371-7365                                                     wtallen@skadden.com
(202)-661-0565
lnoble@skadden.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 31th day of January, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John Hardin Young, Esq.
Sandler Reiff & Young, PC
50 E Street, S.E.
Washington, D.C. 20003
(202) 479-1111
young@sandlerreiff.com
*Attorney for Terry McAuliffe*

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

Michael Sgarlet, Esq.
216 South Patrick
Alexandria, Virginia 22314
(703) 549-2000
*Attorney for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　/S/
Warren T. Allen II
Virginia Bar Number 72691
*Attorney for Steven Raikin*
Skadden, Arps, Slate, Meagher, & Flom, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
(202) 371-7126
(202) 661-9121
wtallen@skadden.com