UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RALPH NADER, *et al.*,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>TERRY MCAULIFFE, *et al.*,  )<br>  )<br>Defendants.  )<br>_____) | CIVIL ACTION NO.<br>1:07-cv-01101-JCC-TCB |

**NOTICE OF HEARING ON DEFENDANT STEVEN RAIKIN'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**

PLEASE TAKE NOTICE that at 10:00 a.m. on Friday, February 22, 2008, or as soon as thereafter as counsel may be heard, at the United States Courthouse, 401 Courthouse Square, Alexandria, Virginia, Defendant Steven Raikin will bring on for hearing his Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) or, in the alternative, to transfer venue to the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1404(a).

Dated: January 31, 2008                              Respectfully submitted,

                                                                                    /S/
Of Counsel:                                             Warren T. Allen II
Preeta Bansal                                           Virginia Bar Number 72691
*(Pro hac vice* - motion pending)                       *Attorneys for Defendant Steven Raikin*
Lawrence M. Noble                                       Skadden, Arps, Slate, Meagher & Flom, LLP
*(Pro hac vice* - motion pending)                       1440 New York Avenue, N.W.
Skadden, Arps, Slate, Meagher & Flom, LLP               Washington, D.C. 20005-2111
1440 New York Avenue, N.W.                              (202) 371-7126
Washington, D.C. 20005-2111                             (202) 661-9121
(202)-371-7365                                          wtallen@skadden.com
(202)-661-0565
lnoble@skadden.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 31th day of January, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John Hardin Young, Esq.
Sandler Reiff & Young, PC
50 E Street, S.E.
Washington, D.C. 20003
(202) 479-1111
young@sandlerreiff.com
*Attorney for Terry McAuliffe*

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

Michael Sgarlet, Esq.
216 South Patrick
Alexandria, Virginia 22314
(703) 549-2000
*Attorney for Plaintiffs*

                 /S/
                 Warren T. Allen II
                 Virginia Bar Number 72691
                 *Attorney for Steven Raikin*
                 Skadden, Arps, Slate, Meagher, & Flom, LLP
                 1440 New York Avenue, N.W.
                 Washington, D.C. 20005-2111
                 (202) 371-7126
                 (202) 661-9121
                 wtallen@skadden.com