UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

_____
**RALPH NADER, et al.,**            :
                                    :
    **Plaintiffs,**           :
                                    :
v.                                  :     Case No. 1:07 cv 1101 (JCC/TCB)
                                    :
**THE DEMOCRATIC NATIONAL**         :
**COMMITTEE, et al.,**              :
                                    :
    **Defendants.**           :
_____ :

**NOTICE OF HEARING**

    PLEASE TAKE NOTICE that, on February 8, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, the plaintiffs, Ralph Nader, et al., will bring on for hearing its Motion for Leave to Amend Complaint.

Dated: February 1, 2008
                                    Respectfully submitted,

                                    /s/ Michael Sgarlat
                                    _____

                                    Michael Sgarlat, Esquire
                                    VA. Bar No. 18158
                                    801 North Pitt, Suite 109
                                    Alexandria, Virginia 22314
                                    (703) 549-2000

                                    *Counsel for Plaintiffs Ralph Nader,*
                                    *Peter Miguel Camejo, D.B. Fanning,*
                                    *C.K. Ireland, Julie Coyle, Herman*
                                    *Blankenship, Lloyd Marbet and*
                                    *Gregory Kafoury*

Oliver B. Hall
D.C. Bar No. 976463
1835 16th Street, N.W.
Washington, D.C. 20009

(617) 953-0161
*Of Counsel*

Bruce Afran, Esquire
10 Braeburn Drive
Princeton, NJ 08540
*Of Counsel*

Mark R. Brown, Esquire
303 East Broad Street
Columbus, OH 43215
*Of Counsel*

Carl J. Mayer, Esquire
Mayer Law Group, LLC
1040 Avenue of the Americas, Suite 2400
New York, NY 10018
*Of Counsel*

Gonzalez & Leigh, LLP
Matt Gonzalez, Esquire
G. Whitney Leigh, Esquire
Bryan Vereschagin, Esquire
Two Shaw Alley
San Francisco, CA 94105
*Of Counsel*

## CERTIFICATE OF SERVICE

       I hereby certify that on February 1, 2008, I electronically filed the foregoing Notice of Hearing with the Clerk of Court using the CM/ECF system, and served a copy either by the CM/ECF system or by first class mail, postage-prepaid, on the following parties:

Joseph E. Sandler
D.C. Bar No. 255919
John Hardin Young
SANDLER, REIFF & YOUNG
50 E Street, S.E. #300
Washington, D.C. 20003

*Attorneys for Defendant*
*Terry McAuliffe*

Lawrence Noble
D.C. Bar No. 24434
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
1440 New York Ave., N.W.
Washington, D.C. 20005-2111

*Attorneys for Defendant*
*Steven Raikin*

                                                       /s/ Michael Sgarlat
                                                       _____

                                                       Michael Sgarlat
                                                       Attorney for Plaintiffs