IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:07cv1101_____, Case Name Nader et al. v. McAuliffe et al.
Party Represented by Applicant: Steven Raikin

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

FILED
FEB - 4 2008
CLERK, U.S. [DISTRICT COU]RT
ALEXANDRIA, VIRGINIA

PERSONAL STATEMENT

FULL NAME (no initials, please) Preeta Bansal
Bar Identification Number 431195_____ State District of Columbia
Firm Name Skadden, Arps, Slate, Meagher & Flom LLP
Firm Phone # 212.735.3000_____ Direct Dial # 212.735.2198_____ FAX # 917.777.2198
E-Mail Address preeta.bansal@skadden.com
Office Mailing Address 4 Times Square, New York, NY 10036-6522

Name(s) of federal court(s) in which I have been admitted U.S. Supreme Court; 1st, 2d, 3d, 4th, and 9th Circuits; S.D.N.Y; E.D.N.Y.

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not  X  a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                                    1/30/08
                                               (Date)
WARREN T. ALLEN II
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid ____✓____ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

                                               2/4/08
/s/
James C. Cacheris
United States District Judge
(Judge's Signature)                            (Date)

American LegalNet, Inc.
www.FormsWorkflow.com

```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 100006335
Cashier ID: rbroaden
Transaction Date: 01/31/2008
Payer Name: PREETA BANSAL
------------------------------------
PRO HAC VICE
 For: PREETA BANSAL
 Case/Party: D-VAE-1-08-CR-PROHAC-001
 Amount:         $100.00
------------------------------------
CASH
 Amt Tendered:   $100.00
------------------------------------
Total Due:       $100.00
Total Tendered:  $100.00
Change Amt:      $0.00

2 PRO HAC VICE

107CV1101


PREETA BANSAL
LAWRENCE NOBLE
```