IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number 1:07cv1101 , Case Name Nader et al. v. McAuliffe et al.
Party Represented by Applicant: Steven Raikin

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

F I L E D
FEB - 4 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

FULL NAME (no initials, please) Lawrence Mark Noble
Bar Identification Number 244434     State District of Columbia
Firm Name Skadden, Arps, Slate, Meagher & Florm LLP
Firm Phone # 202.371.7000     Direct Dial # 202.371.7365     FAX # 202.661.0565
E-Mail Address lawrence.noble@skadden.com
Office Mailing Address 1440 New York Avenue, N.W., Washington, D.C. 20005

Name(s) of federal court(s) in which I have been admitted U.S. Supreme Court; D.C., Fourth and Fifth Circuits; D.C. District Court

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice*
admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a
member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court
and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of
Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant
personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have
examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and
petition the court to admit the applicant *pro hac vice*.

(Signature)                                                    1/30/08
(Date)

WARREN T. ALLEN II
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid ____ or Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

/s/
James C. Cacheris
United States District Judge
(Judge's Signature)

2/4/08
(Date)

American LegalNet, Inc.
www.FormsWorkflow.com