# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| **RALPH NADER, et al.,**  :  <br> :  <br> **Plaintiffs**  :  <br> :  <br> v.  :  <br> :  <br> **TERRY MCAULIFFE, et al.**  :  <br> :  <br> **Defendants.**  :  <br> : | Case No. 1:07 cv 1101 |

## NOTICE OF SUBMISSION OF SECOND AMENDED COMPLAINT

NOTICE IS HEREBY GIVEN that Plaintiffs in the above-captioned matter filed the enclosed Second Amended Complaint with the Court on February 5, 2008.

                                                   Respectfully submitted,

                                                   /s/ _____

Dated: February 5, 2008
                                                   Michael Sgarlat, Esquire
                                                   VA. Bar No. 18158
                                                   Attorney for Plaintiffs
                                                   Law Office of Michael J. Sgarlat
                                                   801 North Pitt Suite 109
                                                   Alexandria, Virginia 22314
                                                   Tel: (703) 549-2000
                                                   Fax: (703) 549-3748
                                                   Email: msgarlat@aol.com

Oliver B. Hall
D.C. Bar No. 976463
1835 16th Street, N.W.
Washington, D.C. 20009
(617) 953-0161
*Of Counsel*

Bruce Afran, Esquire
10 Braeburn Drive
Princeton, NJ 08540
*Of Counsel*

Mark R. Brown, Esquire
303 East Broad Street
Columbus, OH 43215
*Of Counsel*

Carl J. Mayer, Esquire
Mayer Law Group, LLC
1040 Avenue of the Americas, Suite 2400
New York, NY 10018
*Of Counsel*

Gonzalez & Leigh, LLP
Matt Gonzalez, Esquire
G. Whitney Leigh, Esquire
Bryan Vereschagin, Esquire
Two Shaw Alley
San Francisco, CA 94105
*Of Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of February 2008, I served a copy of the foregoing Notice of Second Amended Complaint and the enclosed Second Amended Complaint with the Clerk of the Court using the CM/ECF system, and served a copy either by the CM/ECF system or by first class mail, postage-prepaid, on the following parties:

John Hardin Young
VA Bar No. 13553
SANDLER, REIFF & YOUNG
50 E Street, S.E. #300
Washington, D.C. 20003
Tel: (202) 479-1111
Fax: (202) 479-1115
Email: young@sandlerreiff.com

*Attorneys for Defendant*
*Terry McAuliffe*

Warren Thomas Allen, II
VA Bar No. 72691
Skadden Arps Slate Meagher & Flom LLP
1440 New York Ave NW
Washington, DC 20005-2111
Tel: (202) 371-7126
Fax: (202) 661-9121
Email: wtallen@skadden.com

*Attorneys for Defendant*
*Steven Raikin*

                                                /s/ Michael Sgarlat
                                                Michael Sgarlat
                                                Attorney for Plaintiffs