```
              UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
                    Alexandria Division
```

RALPH NADER, et al.,            )
                                )
        Plaintiffs,             )
                                )
   v.                           )  Civil Action No. 1:07cv1101
                                )
TERRY MCAULIFFE, et al.,        )
                                )
        Defendants.             )

ORDER

THIS MATTER came before the Court on the parties' joint request to consolidate and re-set the briefing and hearing schedule on four Motions. Currently pending are plaintiffs' Motion for Leave to Amend the Complaint (# 8), defendants' Motions to Dismiss (## 11, 13), and defendant STEVEN RAIKIN's Motion to Transfer (# 15). For good cause shown, it is hereby

ORDERED that the Court will hear argument on all four Motions on Friday, February 29, 2008, at 10:00 a.m. The Clerk is directed to remove from the docket the previously noticed hearings. It is further

ORDERED that the parties shall file any briefs in opposition to the Motions no later than February 20, 2008, and any reply briefs in support of the Motions no later than February 27, 2008.

ENTERED this 6th day of February, 2008.

                                    _____/s/_____
                                    THERESA CARROLL BUCHANAN
                                    UNITED STATES MAGISTRATE JUDGE
Alexandria, Virginia