UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| **RALPH NADER, et al.,** : | |
| : | |
| **Plaintiffs** : | |
| : | |
| v. : | |
| : | Case No. 1:07 cv 1101 (JCC/TCB) |
| **THE DEMOCRATIC NATIONAL** : | |
| **COMMITTEE, et al.,** : | |
| : | |
| **Defendants.** : | |
| : | |

### PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiffs respectfully move the Court, pursuant to Fed. R. Civ. P. 15, for leave to amend their complaint to add new parties defendant, including Reed Smith, LLP, the Democratic National Committee, Kerry-Edwards 2004, Inc. and John Kerry, and to dismiss their state law claims.

Dated: February 8, 2008                    Respectfully Submitted,

/s/ Michael Sgarlat

Michael Sgarlat
VA. Bar No. 18158
Attorney for Plaintiffs
801 North Pitt Suite 109
Alexandria, Virginia 22314
Tel: (703) 549-2000
Fax: (703) 549-3748
msgarlat@aol.com

Oliver B. Hall
1835 16th Street, N.W.
Washington, D.C. 20009

(617) 953-0161
*Of Counsel*

Bruce Afran, Esquire
10 Braeburn Drive
Princeton, NJ 08540
*Of Counsel*

Mark R. Brown, Esquire
303 East Broad Street
Columbus, OH 43215
*Of Counsel*

Carl J. Mayer, Esquire
Mayer Law Group, LLC
1040 Avenue of the Americas, Suite 2400
New York, NY 10018
*Of Counsel*

Gonzalez & Leigh, LLP
Matt Gonzalez, Esquire
G. Whitney Leigh, Esquire
Bryan Vereschagin, Esquire
Two Shaw Alley
San Francisco, CA 94105
*Of Counsel*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| **RALPH NADER, et al.,** : <br> : <br> **Plaintiffs** : <br> : <br> v. : <br> : <br> **THE DEMOCRATIC NATIONAL** : <br> **COMMITTEE, et al.,** : <br> : <br> **Defendants.** : <br> : | Case No. 1:07 cv 1101 (JCC/TCB) |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion for leave to amend their complaint, it is hereby

ORDERED, that leave for Plaintiffs to file an amended complaint is GRANTED, and plaintiffs shall file and serve their Second Amended Complaint.

_____

JAMES C. CACHERIS

United States District Judge

Signed this \_\_ day of February 2008.

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 8, 2008 I electronically filed the foregoing Motion for Leave to Amend Complaint and Proposed Order with the Clerk of the Court using the CM/ECF system, and served a copy either by the CM/ECF system or by first class mail, postage-prepaid, on the following parties:

John Hardin Young
Attorney for Defendant Terry McAuliffe
SANDLER, REIFF & YOUNG, P.C.
50 E Street, S.E. #300
Washington, D.C. 20003
Tel: (202) 479-1111
Fax: (202) 479-1115
young@sandlerreiff.com

Warren Thomas Allen, II
Attorney for Defendant Steven Raikin
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
1440 New York Ave., N.W.
Washington, D.C. 20005-2111
Tel: (202) 371-7126
wtallen@skadden.com

                                      /s/ Michael Sgarlat
                                      Michael Sgarlat
                                      Attorney for Plaintiffs