UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| RALPH NADER, et al., | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | Case No. 1:07 cv 1101 (JCC/TCB) |
| THE DEMOCRATIC NATIONAL COMMITTEE, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTION FOR LEAVE TO AMEND COMPLAINT

PROCEDURAL HISTORY AND FACTUAL BACKGROUND

On October 31, 2007, Plaintiffs filed a Complaint in this Court against

Defendants, alleging state law claims for conspiracy, abuse of process, malicious

prosecution and claims arising under 42 U.S.C. § 1983.  On November 1, 2007, prior to

service of process upon any party, Plaintiffs filed an Amended Complaint.

On December 16, 2007, an ongoing investigation by the attorney general of the

state of Pennsylvania revealed that employees of the state of Pennsylvania may have

unlawfully received taxpayer-funded compensation for participating in political activity,

including a "Nader effort," which the employees referred to in email and other

documents.  *See* Dennis B. Roddy and Tracie Mauriello, *E-mails Show How Dems Tied

Staffers' Bonuses to Campaign Work*, PITTSBURGH POST-GAZETTE (Dec. 16, 2007).  This

"Nader effort," reportedly, was "a Democratic project to challenge the ballot petitions of

the independent presidential candidate [Ralph Nader], who they feared would peel away

votes from Democratic nominee Sen. John F. Kerry." *Id.*  Pennsylvania State House

Democratic leaders spearheaded this project, reportedly working in concert with the law

firm Reed Smith, LLP, which the Democratic National Committee (DNC) had retained

for "political consulting" and "legal consulting" services during the 2004 general

election.  *See* Tom Barnes, *Nader Petition Challenged to Keep Him Off Pennsylvania*

*Ballot*, PITTSBURGH POST-GAZETTE, Aug. 10, 2004 (reporting that state Democratic

officials provided Reed Smith with "volunteers" and financial support for the effort);

CENTER FOR RESPONSIVE POLITICS, *Democratic National Committee 2004 Expenditures*,

*available at* http://opensecrets.org/parties/expend.asp?Cmte=DPC&cycle=2004 (citing

Federal Election Commission data indicating $136,142 in payments from the DNC to

Reed Smith in September and October of 2004).

On January 28, 2008, Plaintiffs, through counsel, sought Defendants' consent to

amend their complaint in order to add parties defendant who participated in or may be

connected to the "Nader effort" in Pennsylvania, including Reed Smith, LLP, the DNC,

Kerry-Edwards 2004, Inc. and John Kerry.  On January 29, 2008, Defendants declined to

consent.  Plaintiffs also seek to amend their complaint to dismiss their state law claims.

## ARGUMENT

Plaintiffs seek leave to amend their complaint, pursuant to Fed. R. Civ. P. 15, to

add new parties defendant with respect to their federal claims and to dismiss their state

law claims.  Plaintiffs have conferred with Defendants through counsel, and the parties

agree that the hearing on plaintiffs' motion for leave to amend their complaint should

take place on February 29, 2008, together with the hearing on defendants' motion to

transfer and motions to dismiss, filed on January 31, 2008.  Accordingly, because leave to

amend complaints is "freely given when justice so requires," and because Defendants

will not be prejudiced thereby, leave to amend Plaintiffs' complaint should be granted.

Fed. R. Civ. P. 15(a).

I.    **Amendment of Plaintiffs' Complaint Is Warranted to Add New Parties Defendant Based on New Information and to Dismiss Plaintiffs' State Law Claims.**

After Plaintiffs filed their Amended Complaint on November 1, 2007, an ongoing

investigation by the attorney general of the state of Pennsylvania revealed that employees

of the state of Pennsylvania may have received taxpayer-funded compensation for their

efforts to remove Plaintiffs Ralph Nader and Peter Miguel Camejo from Pennsylvania's

ballot.  *See* Roddy and Mauriello, *E-mails Show How Dems Tied Staffers' Bonuses to

Campaign Work*, PITTSBURGH POST-GAZETTE (Dec. 16, 2007).  These allegations directly

support Plaintiffs' claims arising under 42 U.S.C. § 1983, because they indicate that the

parties involved in the effort to remove Mr. Nader and Mr. Camejo from Pennsylvania's

ballot were acting in concert with employees of the state of Pennsylvania.  *See Andrews

v. Federal Home Loan Bank of Atlanta*, 998 F.2d 214, 217 (4th Cir. 1993) (stating

grounds for holding private parties who act in concert with state actors liable under 42

U.S.C. § 1983).  Plaintiffs therefore seek to amend their complaint to add as defendants

parties that directly participated in or may be connected to the "Nader effort" in

Pennsylvania, including Reed Smith, the DNC, Kerry-Edwards 2004, Inc. and John

Kerry.  These parties can be deemed to be state actors for purposes of the statute by virtue

of their concerted action with state employees, and are therefore properly made party to

the present action.  *See id*.

Plaintiffs also seek leave to amend their complaint to dismiss their state law claims. Such amendment will not prejudice Defendants, and will enable the Court to adjudicate Plaintiffs' discrete federal claims more efficiently.

### Conclusion

For the foregoing reasons, Plaintiffs' Motion for Leave to Amend Complaint should be granted.

Dated: February 8, 2008                          Respectfully Submitted,

/s/ Michael Sgarlat
_____

Michael Sgarlat
VA. Bar No. 18158
Attorney for Plaintiffs
801 North Pitt Suite 109
Alexandria, Virginia 22314
Tel: (703) 549-2000
Fax: (703) 549-3748
msgarlat@aol.com

Oliver B. Hall
1835 16th Street, N.W.
Washington, D.C. 20009
(617) 953-0161
*Of Counsel*

Bruce Afran
10 Braeburn Drive
Princeton, NJ 08540
*Of Counsel*

Mark R. Brown
303 East Broad Street
Columbus, OH 43215
*Of Counsel*

Carl J. Mayer
Mayer Law Group, LLC
1040 Avenue of the Americas, Suite 2400
New York, NY 10018
*Of Counsel*

Gonzalez & Leigh, LLP
Matt Gonzalez
G. Whitney Leigh
Bryan Vereschagin
Two Shaw Alley
San Francisco, CA 94105
*Of Counsel*