UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

_____
                                                    :
Ralph  Nader, et al.                       :
v.                                                 :            Civ. No. 1:07cv1101
Terry McAuliffe, et unum         :
_____:

**Certificate of Service**

I certify that on February 20, 2008 I will electronically file Defendant Terry McAuliffe's Memorandum In Opposition To Plaintiffs' Motion To Amend Their Complaint with the Clerk of the Court by using the CM/ECF system, which will then send a notification of such filing to Michael Sgarlat 801 North Pitt, suite 109, Alexandria, VA, 22314 counsel of record for the Plaintiffs..

I further certify that I will email such filing to the following counsel: Michael Sgarlat at msgarlat@aol.com; and Oliver Hall at oliverbhall@gmail.com.

I further certify that I caused such filing (but not the attached reported case) to be served by first class U.S. mail to the following non-filing user counsel:

Michael Sgarlat, 801 North Pitt, suite 109, Alexandria, VA, 22314;

Bruce Afran, 10 Braeburn Drive, Princeton, NJ 08540;

Mark R. Brown, 303 East Broad Street, Columbus, OH 43215;

Carl J. Mayer, Mayer Law Group, LLC, 1040 Avenue of the Americas, suite 2400, New York, NY 10018;

Gonzalez & Leigh, LLP, attn: Matt Gonzalez, G. Whitney Leigh and Bryan Vereschagin, Two Shaw Alley, San Francisco, CA 94105, and

Skadden, Arps, Slate, Meagher & Flom LLP, attn: Lawrence Noble and Preeta Bansal, 1440 New York Avenue, N.W., Washington, D.C. 20005

| | |
|---|---|
| February 20, 2008 | Respectfully submitted, |
| | __/s/_____ |
| | John Hardin Young, Esq. |
| | Virginia bar number13553 |
| | Joseph E. Sandler |
| | Stephen E. Hershkowitz, |
| | Virginia bar number 14648 |
| | |
| | Attorney for Terry McAuliffe |
| | |
| | Sandler, Reiff & Young, P.C. |
| | 300 M Street, S.E., Suite 1102 |
| | Washington, D.C. 20003 |
| | |
| | Phone: (202) 479-1111 |
| | FAX: (202) 479-1115 |
| | Young@sandlerreiff.com |