UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

_____
                                        :
Ralph Nader, et al.                     :
v.                                      :         Civ. No. 1:07cv1101
Terry McAuliffe, et unum                :
_____:

**Certificate of Service**

I certify that on February 26, 2008 I electronically filed Defendant Terry McAuliffe's Reply To Plaintiffs' Response In Opposition To Defendant's Motion To Dismiss with the Clerk of the Court by using the Court's CM/ECF system, which will notice the electronic filing to Michael Sgarlat counsel of record for the Plaintiffs..

I further certify that I emailed such filing to the following counsel: Michael Sgarlat at msgarlat@aol.com; and Oliver Hall at oliverbhall@gmail.com.

I further certify that I caused such filing (but not the attached District of Columbia complaint) to be served by first class mail to the following counsel for Plaintiffs:

Bruce Afran, 10 Braeburn Drive, Princeton, NJ 08540;

Mark R. Brown, 303 East Broad Street, Columbus, OH 43215;

Carl J. Mayer, Mayer Law Group, LLC, 1040 Avenue of the Americas, suite 2400, New York, NY 10018;

Gonzalez & Leigh, LLP, attn: Matt Gonzalez, G. Whitney Leigh and Bryan Vereschagin, Two Shaw Alley, San Francisco, CA 94105, and

Skadden, Arps, Slate, Meagher & Flom LLP, attn: Lawrence Noble and Preeta Bansal, 1440 New York Avenue, N.W., Washington, D.C. 20005

February 26, 2008                                Respectfully submitted,

                                                 ____/s/_____
.                                                John Hardin Young,
                                                 VA Bar No.13553
                                                 Joseph E. Sandler
                                                 Stephen E. Hershkowitz,
                                                 VA Bar No. 14648

                                                 Counsel for Terry McAuliffe

                                                 Sandler, Reiff & Young, P.C.
                                                 50 E Street, S.E, suite 300
                                                 Washington, D.C. 200
                                                 (202) 479-1111 (office)
                                                 (202)479-1115(facsimile)

                                                 Young@sandlerreiff.com