IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| Ralph Nader, et al ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Case No. 1:07 cv 1101 (JCC/TCB) |
| ) | |
| Gallows and Lee, et. al. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

Undersigned counsel hereby enters his appearance in this matter for Plaintiffs.

Date:  February 27, 2008.                    Respectfully submitted,

/s/ George R. A. Doumar
George R. A. Doumar, Esq.
Virginia Bar #26490
George R. A. Doumar, PLLC
Attorneys for Plaintiffs
2000 N. 14th Street, Suite 210
Arlington, VA 22201
Phone: 703-243-3737
Fax: 703-524-7610
E-mail: gdoumar@doumarlawgroup.com

Certificate of Service

   I hereby certify that on February 27, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and served a copy by the CM/ECF system on the following parties:

John Hardin Young
Attorney for Defendant Terry McAuliffe
SANDLER, REIFF & YOUNG, P.C.
50 E. Street, S.E. #300
Washington, D.C 20003
Tel: (202)-479-1111
Fax: (202) 479-1115
Young@sandlerreiff.com

Warren Thomas Allen, II
Attorney for Defendant Steven Raikin
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
1440 New York Ave., N.W.
Washington D.C. 20005-2111
Tel: (202) 371-7126
wtallen@skadden.com

Michael Sgarlat
Attorney for Plaintiffs
801 North Pitt, Suite 109
Alexandria, Virginia 22314
Tel: (703) 549-2000
Fax: (702) 549-3748
msgarlat@aol.com

                /s/ George R. A. Doumar
                George R. A. Doumar, Esq.
                Virginia Bar #26490
                George R. A. Doumar, PLLC
                Attorneys for Plaintiffs
                2000 N. 14th Street, Suite 210
                Arlington, VA 22201
                Phone: 703-243-3737
                Fax: 703-524-7610
                E-mail: gdoumar@doumarlawgroup.com