Date:  2/29/08                                                Judge: Cacheris
                                                                                                   Reporter: R. Montgomery

Start: 11:30 a.m.
Finish: 12:21 p.m.

Civil Action Number: 1:07cv1101-JCC

Ralph Nader, et al.,    vs.  Terry Mcauliffe, et al.,

Appearances of Counsel for ( ✘ ) Pltf ( ✘ ) Deft
(   ) Matter is uncontested


Motion to/for:
[8] Motion for Leave to Amend Complaint to Add New Defendant Parties and Dismiss State Law Claims by Julie Coyle, Herman Blankenship, Lloyd Marbet, Gregory Kafoury, Ralph Nader, Peter Miguel Camejo, D. B. Fanning, C. K. Ireland
[11] First MOTION to Dismiss by Terry Mcauliffe
[13] MOTION to Dismiss the Amended Complaint by Steven Raikin
[15] MOTION to Transfer Case by Steven Raikin
[25] MOTION for Leave to Amend Complaint re [24] Amended Complaint by Julie Coyle, Herman Blankenship, Lloyd Marbet, Gregory Kafoury, Ralph Nader, Peter Miguel Camejo, D. B. Fanning, C. K. Ireland

Argued &
(   ) Granted (   ) Denied (   ) Granted in part/Denied in part
( ✘ ) Taken Under Advisement (   ) Continued to

_____
_____
_____
_____

(   ) Report and Recommendation to Follow
( ✘ ) Order to Follow