IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number **1:07 cv 1101**, Case Name **NADER v. McAULIFFE**
Party Represented by Applicant: **PLAINTIFFS (NADER, ET AL)**

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) **OLIVER BARRETT HALL**
Bar Identification Number **376463**   State **DC**
Firm Name **N/A**
Firm Phone # **(202) 248-7294**   Direct Dial # _____   FAX # **(202) 248-9345**
E-Mail Address **OLIVERBHALL@GMAIL.COM**
Office Mailing Address **1835 16TH ST NW WASHINGTON, DC 20009**

Name(s) of federal court(s) in which I have been admitted **DISTRICT OF COLUMBIA**

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not **X** a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   **2/22/08** (Date)

**MICHAEL SGARLAT**
(Typed or Printed Name)

Court Use Only:
Clerk's Fee Paid ✓ or Exemption Granted _____

The motion for admission is GRANTED ✓ or DENIED _____

/s/
**James C. Cacheris**
(Judge's Signature)
**United States District Judge**

**2/29/08** (Date)

```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 100006820
Cashier ID: rbroaden
Transaction Date: 02/25/2008
Payer Name: OLIVER BARRETT HALL
------------------------------------
PRO HAC VICE
 For: OLIVER BARRETT HALL
 Case/Party: D-VAE-1-08-CR-PROHAC-001
 Amount:       $50.00
------------------------------------
CASH
 Amt Tendered: $50.00
------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

PRO HAC VICE

107CV1101
OLIVER BARRETT HALL
```