```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF VIRGINIA

                         Alexandria Division

RALPH NADER, et al.,              )
                                  )
        Plaintiffs,               )
                                  )           1:07cv1101 (JCC)
        v.                        )
                                  )
TERRY MCAULIFFE, et al.           )
                                  )
        Defendants.               )
```

## O R D E R

_____For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Plaintiffs' Motion for Leave to Amend Complaint and Add New Defendant Parties and Dismiss State Law Claims is DENIED:

(2) Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint is DENIED;

(3) Defendants' Motion to Transfer Venue is GRANTED;

(4) The above captioned case is transferred to the United States District Court for the District of Columbia;

(5) the Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

```
March 7, 2008                       /s/
Alexandria, Virginia          James C. Cacheris
                        UNITED STATES DISTRICT COURT JUDGE
```