# U.S. District Court
## Eastern District of Virginia (Alexandria)
## CIVIL DOCKET FOR CASE #: 1:07–cv–01101–JCC–TCB

Nader et al v. Mcauliffe et al  
Assigned to: District Judge James C. Cacheris  
Referred to: Magistrate Judge Theresa Carroll Buchanan  
Cause: 42:1983 Civil Right Denial of Due Process  

Date Filed: 10/31/2007  
Date Terminated: 03/07/2008  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Ralph Nader** represented by **Michael Joseph Sgarlat**
Law Office of Michael J. Sgarlat
801 North Pitt
Suite 109
Alexandria, VA 22314
(703) 549–2000
Email: Msgarlat@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Rubert Doumar**
George R A Doumar PLLC
2000 N 14th St
Suite 210
Arlington, VA 22201
(703) 243–3737
Email: gdoumar@doumarlawgroup.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Miguel Camejo** represented by **Michael Joseph Sgarlat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Rubert Doumar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**D. B. Fanning** represented by **Michael Joseph Sgarlat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Rubert Doumar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**C. K. Ireland** represented by **Michael Joseph Sgarlat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Rubert Doumar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julie Coyle** represented by **Michael Joseph Sgarlat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Rubert Doumar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Herman Blankenship** represented by **Michael Joseph Sgarlat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Rubert Doumar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lloyd Marbet** represented by **Michael Joseph Sgarlat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Rubert Doumar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregory Kafoury** represented by **Michael Joseph Sgarlat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Rubert Doumar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Terry Mcauliffe** | represented by | **John Hardin Young** <br> Sandler Reiff &Young PC <br> 50 E St SE <br> Washington, DC 20003 <br> (202) 479–1111 <br> Email: young@sandlerreiff.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Steven Raikin** | represented by | **Warren Thomas Allen, II** <br> Skadden Arps Slate Meagher &Flom LLP <br> 1440 New York Ave NW <br> Washington, DC 20005–2111 <br> 202–371–7126 <br> Email: wtallen@skadden.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2007 | " 1 | COMPLAINT filed by Julie Coyle, Herman Blankenship, Lloyd Marbet, Gregory Kafoury, Ralph Nader, Peter Miguel Camejo, D. B. Fanning and C. K. Ireland against Terry Mcauliffe and Steven Raikin. (Filing Fee Paid: $350.00, Receipt Number: 100004529). (Attachments: #(1): Civil Cover Sheet &#(2): Receipt).(walk, ) (Entered: 11/01/2007) |
| 11/01/2007 | " 2 | AMENDED COMPLAINT against Terry Mcauliffe, Steven Raikin, filed by Julie Coyle, Herman Blankenship, Lloyd Marbet, Gregory Kafoury, Ralph Nader, Peter Miguel Camejo, D. B. Fanning, C. K. Ireland.(pmil) (Entered: 11/07/2007) |
| 11/01/2007 | " 3 | AMENDED COMPLAINT Summons Issued for service by SPS as to Terry Mcauliffe, Steven Raikin. (pmil) (Entered: 11/07/2007) |
| 11/14/2007 | " 4 | SUMMONS Returned Executed as to Steven Raikin served on 11/12/2007, answer due 12/3/2007 (pmil) (Entered: 11/16/2007) |
| 11/16/2007 | " 5 | AMENDED COMPLAINT SUMMONS Returned Executed as to Terry Mcauliffe served on 11/13/2007 (pmil) (Entered: 11/26/2007) |
| 12/03/2007 | " 6 | Joint MOTION for Extension of Time to File Answer *or Motion in Response to the Complaint* by Terry Mcauliffe. (Attachments: # 1)(Young, John) (Entered: 12/03/2007) |
| 12/04/2007 | " | Notice of Correction: re: 6 Joint MOTION for Extension of Time to File Answer *or Motion in Response to the Complaint*. The filing user has been notified to file future documents with the correct signature block as to the Certificate of Service. (pmil) (Entered: 12/04/2007) |
| 12/04/2007 | " 7 | ORDER granting 6 Joint MOTION for Extension of Time to File Answer or Motion in Response to the Complaint Terry Mcauliffe answer due 1/31/2008; Steven Raikin answer due 1/31/2008. Signed by Judge Theresa Carroll Buchanan on 12/4/2007. (rban, ) (Entered: 12/07/2007) |
| 01/30/2008 | " 8 | MOTION Motion for Leave to Amend Complaint *to Add New Defendant Parties and Dismiss State Law Claims* by Julie Coyle, Herman Blankenship, Lloyd Marbet, Gregory |

| | | |
|---|---|---|
| | | Kafoury, Ralph Nader, Peter Miguel Camejo, D. B. Fanning, C. K. Ireland. (Attachments: # 1 Proposed Order Proposed Order)(Sgarlat, Michael) (Entered: 01/30/2008) |
| 01/30/2008 | " 9 | Memorandum in Support re 8 MOTION Motion for Leave to Amend Complaint *to Add New Defendant Parties and Dismiss State Law Claims* filed by Julie Coyle, Herman Blankenship, Lloyd Marbet, Gregory Kafoury, Ralph Nader, Peter Miguel Camejo, D. B. Fanning, C. K. Ireland. (Sgarlat, Michael) (Entered: 01/30/2008) |
| 01/31/2008 | " 10 | NOTICE of Appearance by Warren Thomas Allen, II on behalf of Steven Raikin (Allen, Warren) (Entered: 01/31/2008) |
| 01/31/2008 | " 11 | First MOTION to Dismiss by Terry Mcauliffe. (Attachments: # 1 Notice of Motion# 2 Memorandum in Support of Motion to Dismiss# 3 Chart# 4 Complaint filed in the District of Columbia# 5 Proposed Order # 6 Certificate of Service)(Young, John) (Entered: 01/31/2008) |
| 01/31/2008 | " 12 | CERTIFICATE of Service *of Motion to Dismiss* by John Hardin Young on behalf of Terry Mcauliffe (Young, John) (Entered: 01/31/2008) |
| 01/31/2008 | " 13 | MOTION to Dismiss *the Amended Complaint* by Steven Raikin. (Allen, Warren) (Entered: 01/31/2008) |
| 01/31/2008 | " 14 | Memorandum in Support re 13 MOTION to Dismiss *the Amended Complaint* filed by Steven Raikin. (Attachments: # 1 Proposed Order)(Allen, Warren) (Entered: 01/31/2008) |
| 01/31/2008 | " 15 | MOTION to Transfer Case by Steven Raikin. (Allen, Warren) (Entered: 01/31/2008) |
| 01/31/2008 | " 16 | Memorandum in Support re 15 MOTION to Transfer Case filed by Steven Raikin. (Attachments: # 1 Proposed Order)(Allen, Warren) (Entered: 01/31/2008) |
| 01/31/2008 | " 17 | Notice of Hearing Date set for 02/22/2008 re 15 MOTION to Transfer Case, 13 MOTION to Dismiss *the Amended Complaint* (Allen, Warren) (Entered: 01/31/2008) |
| 02/01/2008 | " 18 | Notice of Hearing Date set for 02/08/2008 re 8 MOTION Motion for Leave to Amend Complaint *to Add New Defendant Parties and Dismiss State Law Claims* (Sgarlat, Michael) (Entered: 02/01/2008) |
| 02/04/2008 | " | Set Deadlines as to 15 MOTION to Transfer Case, 13 MOTION to Dismiss the Amended Complaint. Motion Hearing set for 2/22/2008 at 10:00 AM before District Judge James C. Cacheris. (clar, ) (Entered: 02/04/2008) |
| 02/04/2008 | " | Notice of Correction re 18 Notice of Hearing Date, 9 Memorandum in Support, 8 MOTION Motion for Leave to Amend Complaint to Add New Defendant Parties and Dismiss State Law Claims. The filing user has been notified to file future documents with the correct signature block and on the Certificate of Service. (clar, ) (Entered: 02/04/2008) |
| 02/04/2008 | " | Set Deadlines as to 8 MOTION Motion for Leave to Amend Complaint to Add New Defendant Parties and Dismiss State Law Claims. Motion Hearing set for 2/8/2008 at 10:00 AM before Magistrate Judge Theresa Carroll Buchanan. (clar, ) (Entered: 02/04/2008) |
| 02/04/2008 | " | MOTIONS 8 MOTION Motion for Leave to Amend Complaint to Add New Defendant Parties and Dismiss State Law Claims REFERRED to Judge Buchanan. (clar, ) (Entered: 02/04/2008) |
| 02/04/2008 | " 19 | |

| | | |
|---|---|---|
| | | ORDER granting Pro hac vice Admission of Preeta Bansal; Filing fee $ 50.00, receipt number 100006335. Signed by Judge James C. Cacheris on 02/04/08. (Attachments: # 1 Receipt)(pmil) (Entered: 02/04/2008) |
| 02/04/2008 | " 20 | ORDER granting Pro hac vice Admission of Lawrence Mark Noble; Filing fee $ 50.00, receipt number 100006335. Signed by Judge James C. Cacheris on 02/04/08. (pmil) (Entered: 02/04/2008) |
| 02/04/2008 | " | Notice of Correction: re: 11 First MOTION to Dismiss. Counsel has been notified that the attachments titled as Memorandum in Support and Notice of Hearing should be docketed as separate events and not as attachments to the Motion. (pmil) (Entered: 02/04/2008) |
| 02/05/2008 | " | Set Deadlines as to 11 First MOTION to Dismiss. Motion Hearing set for 2/22/2008 at 10:00 AM before District Judge James C. Cacheris. (clar, ) (Entered: 02/05/2008) |
| 02/05/2008 | " 21 | AMENDED COMPLAINT *Second Amended Complaint* against all defendants, filed by Julie Coyle, Herman Blankenship, Lloyd Marbet, Gregory Kafoury, Ralph Nader, Peter Miguel Camejo, D. B. Fanning, C. K. Ireland.(Sgarlat, Michael) (Entered: 02/05/2008) |
| 02/05/2008 | " 22 | NOTICE by Julie Coyle, Herman Blankenship, Lloyd Marbet, Gregory Kafoury, Ralph Nader, Peter Miguel Camejo, D. B. Fanning, C. K. Ireland re 21 Amended Complaint *Notice of Filing of Second Amended Complaint* (Sgarlat, Michael) (Entered: 02/05/2008) |
| 02/06/2008 | " | Notice of Correction: re: 21 Amended Complaint. Attorney notified that leave of court is needed to file the Second Amended Complaint. Motion needs to be filed again with the Second Amended Complaint as an attachment. (pmil) (Entered: 02/06/2008) |
| 02/06/2008 | " | Notice of Correction: re: 22 NOTICE. The filing user has been notified to file future documents with the correct signature block as to the Certificate of Service. (pmil) (Entered: 02/06/2008) |
| 02/06/2008 | " | Per TCB chambers motions set for 2/8/08 are off (clar, ) (Entered: 02/06/2008) |
| 02/06/2008 | " 23 | ORDER that the Court will hear argument on all four Motions (#8,#11,#13,#15) on Friday, 02/29/08, at 10:00 a.m. The Clerk is directed to remove from the docket the previously noticed hearings; the parties shall file any briefs in opposition to the Motions no later than 02/20/08, and any reply briefs in support of the Motions no later than 02/27/08. Signed by Judge Theresa Carroll Buchanan on 02/06/08. (pmil) (Entered: 02/07/2008) |
| 02/06/2008 | " | Reset Deadline as to 8 MOTION Motion for Leave to Amend Complaint *to Add New Defendant Parties and Dismiss State Law Claims*. Motion Hearing set for 2/29/2008 at 10:00 AM before Magistrate Judge Theresa Carroll Buchanan. (pmil) (Entered: 02/07/2008) |
| 02/06/2008 | " | Reset Deadlines as to 11 First MOTION to Dismiss, 13 MOTION to Dismiss *the Amended Complaint*, 15 MOTION to Transfer Case. Motion Hearing set for 2/29/2008 at 10:00 AM before District Judge James C. Cacheris. (pmil) (Entered: 02/07/2008) |
| 02/08/2008 | " 24 | AMENDED COMPLAINT *Second Amended Complaint* against all defendants, filed by Julie Coyle, Herman Blankenship, Lloyd Marbet, Gregory Kafoury, Ralph Nader, Peter Miguel Camejo, D. B. Fanning, C. K. Ireland.(Sgarlat, Michael) (Entered: 02/08/2008) |
| 02/08/2008 | " 25 | MOTION Motion for Leave to Amend Complaint re 24 Amended Complaint by Julie Coyle, Herman Blankenship, Lloyd Marbet, Gregory Kafoury, Ralph Nader, Peter Miguel Camejo, D. B. Fanning, C. K. Ireland. (Attachments: # 1 Proposed Order Proposed Order)(Sgarlat, Michael) (Entered: 02/08/2008) |

| | | |
|---|---|---|
| 02/08/2008 | " 26 | Memorandum in Support re 25 MOTION Motion for Leave to Amend Complaint re 24 Amended Complaint MOTION Motion for Leave to Amend Complaint re 24 Amended Complaint filed by Julie Coyle, Herman Blankenship, Lloyd Marbet, Gregory Kafoury, Ralph Nader, Peter Miguel Camejo, D. B. Fanning, C. K. Ireland. (Sgarlat, Michael) (Entered: 02/08/2008) |
| 02/20/2008 | " 27 | Memorandum in Opposition re 25 MOTION Motion for Leave to Amend Complaint re 24 Amended Complaint MOTION Motion for Leave to Amend Complaint re 24 Amended Complaint filed by Terry Mcauliffe. (Attachments: # 1 Exhibit Nader v. Serody, 905 A2d 450 (PA 2006))(Young, John) (Entered: 02/20/2008) |
| 02/20/2008 | " 28 | CERTIFICATE of Service re 27 Memorandum in Opposition, by John Hardin Young on behalf of Terry Mcauliffe (Young, John) (Entered: 02/20/2008) |
| 02/20/2008 | " 29 | RESPONSE in Opposition re 15 MOTION to Transfer Case, 13 MOTION to Dismiss *the Amended Complaint* filed by Julie Coyle, Herman Blankenship, Lloyd Marbet, Gregory Kafoury, Ralph Nader, Peter Miguel Camejo, D. B. Fanning, C. K. Ireland. (Sgarlat, Michael) (Entered: 02/20/2008) |
| 02/20/2008 | " 30 | Opposition re 25 MOTION Motion for Leave to Amend Complaint re 24 Amended Complaint MOTION Motion for Leave to Amend Complaint re 24 Amended Complaint filed by Steven Raikin. (Allen, Warren) Modified on 3/4/2008 to edit text (pmil). (Entered: 02/20/2008) |
| 02/26/2008 | " 31 | REPLY to Response to Motion re 11 First MOTION to Dismiss filed by Terry Mcauliffe. (Young, John) (Entered: 02/26/2008) |
| 02/26/2008 | " 32 | CERTIFICATE of Service re 31 Reply to Response to Motion by John Hardin Young on behalf of Terry Mcauliffe (Young, John) (Entered: 02/26/2008) |
| 02/26/2008 | " | Reset Deadlines as to 25 MOTION Motion for Leave to Amend Complaint re 24 Amended Complaint MOTION Motion for Leave to Amend Complaint re 24 Amended Complaint. Motion Hearing set for 2/29/2008 at 10:00 AM before James C. Cacheris. (clar, ) (Entered: 02/26/2008) |
| 02/27/2008 | " 33 | NOTICE of Appearance by George Rubert Doumar on behalf of Julie Coyle, Herman Blankenship, Lloyd Marbet, Gregory Kafoury, Ralph Nader, Peter Miguel Camejo, D. B. Fanning, C. K. Ireland (Attachments: # 1 Exhibit Certificate of service)(Doumar, George) (Entered: 02/27/2008) |
| 02/27/2008 | " 34 | REPLY to Response to Motion re 25 MOTION Motion for Leave to Amend Complaint re 24 Amended Complaint MOTION Motion for Leave to Amend Complaint re 24 Amended Complaint filed by Julie Coyle, Herman Blankenship, Lloyd Marbet, Gregory Kafoury, Ralph Nader, Peter Miguel Camejo, D. B. Fanning, C. K. Ireland. (Doumar, George) (Entered: 02/27/2008) |
| 02/27/2008 | " 35 | REPLY to Response to Motion re 15 MOTION to Transfer Case, 13 MOTION to Dismiss *the Amended Complaint* filed by Steven Raikin. (Allen, Warren) (Entered: 02/27/2008) |
| 02/28/2008 | " | Reset Deadlines as to 8 MOTION Motion for Leave to Amend Complaint to Add New Defendant Parties and Dismiss State Law Claims. Motion Hearing set for 2/29/2008 at 10:00 AM before James C. Cacheris. (clar, ) (Entered: 02/28/2008) |
| 02/29/2008 | " 36 | Minute Entry for proceedings held before Judge James C. Cacheris:<br>Motion Hearing held on 2/29/2008 re 8 MOTION for Leave to Amend Complaint *to Add New Defendant Parties and Dismiss State Law Claims* filed by Julie Coyle, C. K. Ireland, |

| | | |
|---|---|---|
| | | Herman Blankenship, Ralph Nader, Gregory Kafoury, Lloyd Marbet, Peter Miguel Camejo, D. B. Fanning, 11 First MOTION to Dismiss filed by Terry Mcauliffe, 13 MOTION to Dismiss *the Amended Complaint* filed by Steven Raikin, 15 MOTION to Transfer Case filed by Steven Raikin, 25 MOTION for Leave to Amend Complaint re 24 Amended Complaint MOTION for Leave to Amend Complaint re 24 Amended Complaint filed by Julie Coyle, C. K. Ireland, Herman Blankenship, Ralph Nader, Gregory Kafoury, Lloyd Marbet, Peter Miguel Camejo, D. B. Fanning: Appearances of counsel for Pltf and Deft. Motions argued and TAKEN UNDER ADVISEMENT. Order to follow.<br>(Court Reporter R. Montgomery)<br>(kbro) (Entered: 02/29/2008) |
| 02/29/2008 | " 37 | ORDER granted for Pro hac vice of Oliver Barrett Hall Filing fee $ 50.00, receipt number 100006820.. Signed by Judge James C. Cacheris on 2/29/08. (Attachments: # 1 Receipt)(tset, ) Modified text on 2/29/2008 (tset, ). (Entered: 02/29/2008) |
| 03/04/2008 | " | Notice of Correction: re: 29 Response in Opposition to Motion. The filing user has been notified to file future documents with the correct signature block as to the Certificate of Service. (pmil) (Entered: 03/04/2008) |
| 03/04/2008 | " | Notice of Correction: re: 30 Memorandum in Opposition. The filing user selected the wrong event. Memorandum in Opposition was selected, and Response in Opposition to Motion should have been selected. The docket has been corrected. (pmil) (Entered: 03/04/2008) |
| 03/04/2008 | " | Notice of Correction: re: 33 Notice of Appearance. Counsel notified, for future reference, that the Certificate of Service should be included within the document and not done as an Exhibit/Attachment. (pmil) (Entered: 03/04/2008) |
| 03/07/2008 | " 38 | MEMORANDUM OPINION re: Defendant Terry McAuliffes and Defendant Steven Raikins Motion to Transfer the Case; Defendants Motion to Dismiss Plaintiffs Ralph Nader, et al.'s First Amended Complaint; and Plaintiffs' Motion For Leave to Amend Complaint to Add New Defendant Parties and Dismiss State Law Claims.<br>Signed by Judge James C. Cacheris on 3/7/2008.<br>(kbro) (Entered: 03/07/2008) |
| 03/07/2008 | " 39 | ORDER –<br>For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:<br>(1) 8 &25 Plaintiffs' Motion for Leave to Amend Complaint and Add New Defendant Parties and Dismiss State Law Claims is DENIED:<br>(2) 11 &13 Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint is DENIED;<br>(3) 15 Defendants' Motion to Transfer Venue is GRANTED;<br>(4) The above captioned case is transferred to the United States District Court for the District of Columbia.<br>Signed by Judge James C. Cacheris on 3/7/2008.<br>(kbro)<br>Modified on 3/7/2008 to edit text (kbro). (Entered: 03/07/2008) |