THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Ralph Nader, et al., | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 08–0428 (RMU) |
| | : | |
| Terry McAuliffe, et al., | : | |
| Defendants. | : | |
| | : | |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Mr. Steven Raikin. I certify that I am admitted to practice in this Court.

Respectfully submitted,

<u>      March 13, 2008      </u>                    <u>           /S/           </u>
          Date

Lawrence M. Noble
District of Columbia Bar Number 24434
Attorney for Steven Raikin
Skadden, Arps, Slate, Meagher, & Flom, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
(202) 371-7365
(202) 661-0565
lawrence.noble@skadden.com

1

CERTIFICATE OF SERVICE

  I hereby certify that on the 13th day of March, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing ("NEF") to the following:

John Hardin Young
Attorney for Mr. McAuliffe
Sandler Reiff & Young, PC
50 E Street, S.E.
Washington, D.C. 20003
(202) 479-1111
young@sandlerreiff.com

George R.A. Doumar
Attorney for Plaintiffs
George R.A. Doumar, PLLC
2000 N. 14th Street
Suite 210
Arlington, VA 22201-3361
(703) 243-3737
Fax: (703) 524-7610
gdoumar@doumarlawgroup.com

I also certify that I will mail the document by U.S. mail to the following non-filing user:

Michael Sgarlet, Esq.
Attorney for Plaintiffs
216 South Patrick
Alexandria, Virginia 22314
(703) 549-2000

  March 13, 2008          /S/
    Date

              Lawrence M. Noble
              District of Columbia Bar Number 24434
              Attorney for Steven Raikin
              Skadden, Arps, Slate, Meagher, & Flom, LLP
              1440 New York Avenue, N.W.
              Washington, D.C. 20005-2111
              (202) 371-7365
              (202) 661-0565
              lawrence.noble@skadden.com