THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ralph Nader, et al., : | |
|     Plaintiffs, : | |
| : | |
|     v. : | Civil Action No. 08–0428 (RMU) |
| : | |
| Terry McAuliffe, et al., : | |
|     Defendants. : | |

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Mr. Steven Raikin. I certify that I am admitted to practice in this Court.

                              Respectfully submitted,

    March 13, 2008                           /S/
        Date

                              Warren T. Allen II
                              District of Columbia Bar Number 976018
                              Attorney for Steven Raikin
                              Skadden, Arps, Slate, Meagher, & Flom, LLP
                              1440 New York Avenue, N.W.
                              Washington, D.C. 20005-2111
                              Office: (202) 371-7126
                              Fax: (202) 661-9121
                              wtallen@skadden.com

CERTIFICATE OF SERVICE

  I hereby certify that on the 17th day of March, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing ("NEF") to the following:

John Hardin Young
Attorney for Mr. McAuliffe
Sandler Reiff & Young, PC
50 E Street, S.E.
Washington, D.C. 20003
(202) 479-1111
young@sandlerreiff.com

George R.A. Doumar
Attorney for Plaintiffs
George R.A. Doumar, PLLC
2000 N. 14th Street
Suite 210
Arlington, VA 22201-3361
(703) 243-3737
Fax: (703) 524-7610
gdoumar@doumarlawgroup.com

I also certify that I will mail the document by U.S. mail to the following non-filing user:

Michael Sgarlet, Esq.
Attorney for Plaintiffs
216 South Patrick
Alexandria, Virginia 22314
(703) 549-2000

  March 17, 2008         /S/
    Date

               Warren T. Allen II
               District of Columbia Bar Number 976018
               Attorney for Steven Raikin
               Skadden, Arps, Slate, Meagher, & Flom, LLP
               1440 New York Avenue, N.W.
               Washington, D.C. 20005-2111
               Office:  (202) 371-7126
               Fax:  (202) 661-9121
               wtallen@skadden.com