UNITED STATES DISTRICT COURT
FOR THE DITRICT OF COLUMBIA

_____

| | |
|---|---|
| Ralph Nader, et al | : |
|   Plaintiffs, | : |
| | :  Civil Action No. 08 -428 |
| v. | : |
| | : |
| Terry McAuliffe, et unum. | : |
|   Defendants. | : |

_____

Entry of Apparence

Please enter the appearance of John Hardin Young, a member of the bar of

this Court, on behalf of Defendant, Terry McAuliffe.

Respectfully submitted,

__/s/_____
John Hardin Young
D.C Bar Number190553
Attorney for Terry McAuliffe
Sandler, Reiff & Young, P.C.
300 M Street, S.E., Suite 1102
Washington, D.C. 20003
Phone: (202) 479-1111
FAX: (202) 479-1115
Young@sandlerreiff.com

Certificate of Service

I hereby certify that on the 17th day of March 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Lawrence M. Noble, Esq.
Attorney for Steven Raikin
Skadden, Arps, Slater, Meagher & Flom, LLP
1400 New York Ave., N.W.
Washington, D.C. 20005
lawrence.noble@skadden.com

Georg R.A. Doumar
Attorney for Plaintiff
George R.A. Doumar, PPLC.
2000 N.14th Street, Suite 210
Arlington, VA 22201
gdoumar@dourmarlawgroup.com

__/s/_____
John Hardin Young
D.C Bar Number190553
Attorney for Terry McAuliffe
Sandler, Reiff & Young, P.C.
300 M Street, S.E., Suite 1102
Washington, D.C. 20003
Phone: (202) 479-1111
FAX: (202) 479-1115
Young@sandlerreiff.com