UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ralph Nader, *et al.*,
    Plaintiffs,

v.

Terry McAuliffe, *et al.*,
    Defendants.

Civil Action No. 08–0428 (RMU)

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO MOVE OR OTHERWISE RESPOND TO AMENDED COMPLAINT
BY DEFENDANTS STEVEN RAIKIN AND TERRY MCAULIFFE**

Defendants Terry McAuliffe and Steven Raikin respectfully move the Court for an order granting them an extension of time of ten (10) days to move or otherwise respond to Plaintiffs' Amended Complaint. In support of this motion, Defendants respectfully submit the following:

1. Plaintiffs do not object to this motion. Defendants' counsel conferred with Plaintiffs' counsel on March 20, 2008, and Plaintiffs' counsel granted consent for this motion for enlargement of time telephonically on March 21, 2008.

2. This is Defendants' first request for an extension of this deadline. The Court's granting this motion will not affect any other deadlines.

3. This case was transferred from the Eastern District of Virginia, docketed in this Court on March 12, 2008, and has been noticed as being related to *Nader v. The Democratic National Committee*, Civ. No. 07–2136 (RMU) presently pending before this Court. The requested extension is needed to allow the parties sufficient time to prepare an appropriate response addressing the procedural and substantive issues raised by the transfer.

Respectfully submitted,

March 21, 2008
Date

/s/ Lawrence M. Noble
Lawrence M. Noble
District of Columbia Bar Number 24434
Warren T. Allen II
District of Columbia Bar Number 976018
Skadden, Arps, Slate, Meagher, & Flom, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
(202) 371-7000

Preeta D. Bansal
District of Columbia Bar Number 431195
Skadden, Arps, Slate, Meagher, & Flom, LLP
Four Times Square
New York, NY 10036
(212) 735-3000

*Counsel for Defendant Steven Raikin*

/s/ John Hardin Young
John Hardin Young
District of Columbia Bar Number 190553
Sandler Reiff & Young, PC
50 E Street, S.E.
Washington, D.C. 20003
(202) 479-1111

*Counsel for Defendant Terry McAuliffe*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of March, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing ("NEF") to the following:

John Hardin Young, Esq.
Attorney for Mr. McAuliffe
Sandler Reiff & Young, PC
50 E Street, S.E.
Washington, D.C. 20003
(202) 479-1111
young@sandlerreiff.com

George R.A. Doumar, Esq.
Attorney for Plaintiffs
George R.A. Doumar, PLLC
2000 N. 14th Street
Arlington, VA 22201-3361
(703) 243-3737
Fax: (703) 524-7610
gdoumar@doumarlawgroup.com

I also certify that I will mail the document by U.S. mail to the following non-filing users:

Michael Sgarlet, Esq.
Attorney for Plaintiffs
216 South Patrick
Alexandria, VA 22314
(703) 549-2000

Oliver Barret Hall, Esq.
Attorney for Plaintiffs
1835 16th Street, N.W.
Washington, D.C. 20009
(202) 248-9234

| | |
|---|---|
| March 21, 2008 | /s/ Lawrence M. Noble |
| Date | Lawrence M. Noble |
| | District of Columbia Bar Number 24434 |
| | Warren T. Allen II |
| | District of Columbia Bar Number 976018 |
| | Skadden, Arps, Slate, Meagher, & Flom, LLP |
| | 1440 New York Avenue, N.W. |
| | Washington, D.C. 20005-2111 |
| | Office: (202) 371-7000 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ralph Nader, *et al.*,
    Plaintiffs,

v.

Terry McAuliffe, *et al.*,
    Defendants.

Civil Action No. 08–0428 (RMU)

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO
MOVE OR OTHERWISE RESPOND TO AMENDED COMPLAINT**

Defendants' motion for an enlargement of time is GRANTED. It is hereby ORDERED that Defendants shall move or otherwise respond to Plaintiffs' Amended Complaint by April 4, 2008, unless further modified by order of Court.

_____
Date

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE