UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RALPH NADER, et al.,** : | |
| : | |
| **Plaintiffs** : | |
| : | |
| v. : | Civil Action No. 08-cv-00428-RMU |
| : | |
| **Terry McAuliffe, et unum.** : | |
| : | |
| **Defendants.** : | |
| : | |

### NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Oliver B. Hall, whose address, bar number and telephone are set forth below, will appear as counsel for all plaintiffs in the above-captioned matter.

                                        Respectfully submitted,

                                        /s/ Oliver B. Hall

                                        Oliver B. Hall
                                        D.C. Bar No. 976463
                                        oliverbhall@gmail.com
                                        1835 16th Street, N.W.
                                        Washington, D.C. 20009
                                        Tel: (617) 953-0161

Dated: April 4, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, 2008, I will electronically file the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

Lawrence M. Noble, Esq.
D.C. Bar No. 24434
SKADDEN, ARPS, SLATER, MEAGHER & FLOM, LLP
1400 New York Ave., N.W.
Washington, D.C. 20005
Tel: (202) 371-7365
lawrence.noble@skadden.com

Attorney for Defendant Steven Raikin


John Hardin Young
D.C. Bar No. 190553
SANDLER, REIFF & YOUNG, P.C.
300 M Street, SE, Suite 1102
Washington, D.C. 20003
Tel: (202) 479-1111
Fax: (202) 479-1115
young@sandlerreiff.com

Attorney for Defendant Terry McAuliffe

/s/ Oliver B. Hall

Oliver B. Hall
D.C. Bar No. 976463
oliverbhall@gmail.com
1835 16th Street, N.W.
Washington, D.C. 20009
Tel: (617) 953-0161